# Court of Appeals
# of the State of Georgia

ATLANTA, December 07, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0187. IRINA RIVERA and MOISES SANGUINETTI, v. MARTHA SANCHEZ et al.**

This appeal was docketed in this Court on September 14, 2012. The Appellant's brief, including enumerations of error, was due to be filed no later than October 4, 2012. As of the date of this order Appellant has not filed a request for extension of time for filing said brief and no extension of time has been granted. Accordingly, appellee's motion to dismiss is hereby Granted. Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/07/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*